UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

MARIE A. KEYES,

        Plaintiff,                            Case No.1:07-cv-800

v.                                              Hon. Janet T. Neff

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

_____/

**JUDGMENT APPROVING REPORT AND RECOMMENDATION**

        The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed July 7, 2008, is approved and adopted as the opinion of the court.

        **IT IS FURTHER ORDERED** that the Commissioner's decision is VACATED, and the matter is remanded for further administrative proceeding for the reasons stated in the Report and Recommendation.

Dated: July 28, 2008                                              /s/Janet T. Neff
                                                                        JANET T. NEFF
                                                                        UNITED STATES DISTRICT JUDGE